# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARILYN KENT** | : | **CIVIL ACTION** |
| **v.** | : | |
| **PHILADELPHIA D.H.S.** | : | **NO. 19-1598** |

## ORDER

**NOW**, this 15th day of May, 2019, upon consideration of plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Document No. 1) and her *pro se* Complaint, it is **ORDERED** that:

1. Plaintiff's application for leave to proceed *in forma pauperis* is **GRANTED**;

2. The Complaint is deemed filed;

3. The Complaint is **DISMISSED** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i); and,

4. The Clerk of Court shall **CLOSE** this case.

s/ TIMOTHY J. SAVAGE J.